

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00188-CV

| | | |
|---|---|---|
| Chris Raesz | § | From the 367th District Court |
| | § | of Denton County (2012-50166-367) |
| v. | § | August 29, 2013 |
| Cynthia Mitchell, County Clerk | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Chris Raesz shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Anne Gardner